JOHN R. MC CLELLAN v. BOARD OF TRUSTEES, STATE POLICE RETIREMENT SYSTEM.

June 27, 1978. Petition for certification denied.

FELLOWSHIP BANK v.
PUBLIC SERVICE ELECTRIC & GAS CO., ETC.

June 27, 1978. Petition for certification denied. (See 158 *N. J. Super.* 107)

STATE OF NEW JERSEY v. CYRUS FORD.

June 27, 1978. Petition for certification denied.

GEORGE C. T. REMINGTON v. CLIFFORD G. REMINGTON.

June 27, 1978. Petition for certification denied.

HOME BUILDERS LEAGUE OF SOUTH JERSEY, INC. v.
TOWNSHIP OF BERLIN.

June 27, 1978. Certification to the Superior Court, Law Division, Camden County, is granted. (See 157 *N. J. Super.* 586)